JULIA SHARP et al., Respondents, v MIKE ROB, Doing Business as FUN CITY SHOWS, et al., Appellants. (Appeal No. 2.) [773 NYS2d 706]—Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered January 9, 2003. The order denied defendants' motion pursuant to CPLR 4404 to set aside the jury verdict and grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pine, J.P., Wisner, Scudder, Kehoe and Lawton, JJ.